■ New GPC Inc., Appellant, v Kaieteur Newspaper Inc., Respondent. [8 NYS3d 907]—Order, Supreme Court, New York County (Joan M. Kenney, J.), entered January 22, 2015, which denied plaintiff's motion for leave to file a second amended complaint, without prejudice to renew at the time of trial by conforming the pleadings to the proof presented at trial, unanimously reversed, on the law, without costs, and the motion granted.

Since defendant stipulated to the filing of plaintiff's second amended complaint, and in the absence of any opposition, either to the motion below or on this appeal, it cannot be said that the amendment is "palpably insufficient or patently devoid of merit," or that it surprised or prejudiced defendant (*Goodwin v Empire City Subway Co., Ltd.*, 124 AD3d 559, 559 [1st Dept 2015] [internal quotation marks omitted]). Concur—Andrias, J.P., Moskowitz, DeGrasse, Gische and Kapnick, JJ.